UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DWIGHT WILLIAMS, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 1:17-cv-1005-TWP-MJD |
| SUPERINTENDENT, | ) |
| Respondent. | ) |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day directed the entry of final judgment, the Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Dwight Williams.

Willliams's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: 8/15/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

Electronic distribution to counsel of record via CM/ECF and by U.S. mail to:

DWIGHT WILLIAMS
973439
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391